(Republished)

■    In the Matter of HARRY BENDER, Respondent, v. AJAX MACHINE & WATER COOLER CORP., Appellant.— Order, Supreme Court, New York County, entered on March 10, 1972, unanimously affirmed. Petitioner-respondent shall recover of respondent-appellant $40 costs and disbursements of this appeal. The order of this court entered on September 28, 1972 [40 A D 2d 630] is vacated. No opinion. Concur — Stevens, P. J., McGivern, Nunez, Murphy and McNally, JJ.

(October 5, 1972)

■    In the Matter of VIRGINIA DIDYK, Appellant, v. SIMEON GOLAR, as Chairman of the New York City Housing Authority, Respondent.— Judgment, Supreme Court, New York County, entered on February 7, 1972, denying the petition for annulment of the respondent's determination that petitioner is ineligible for continued occupancy in the Smith Houses, unanimously affirmed, without costs and without disbursements. Petitioner shall have 20 days from the date of publication of this decision to remove the dog from the premises.   Concur — Stevens, P. J., Markewich, Nunez, Murphy and Tilzer, JJ.

■    In the Matter of HERMAN BERGER et al., Appellants, v. SIMEON GOLAR, as Chairman of the New York City Housing Authority, Respondent.— Judgment, Supreme Court, New York County, entered on March 20, 1972, denying the petition for annulment of the respondent's determination that petitioners are ineligible for continued occupancy in the Baruch Houses, unanimously affirmed, without costs and without disbursements. Petitioners shall have 20 days from the date of publication of this decision to remove the dog from the premises. Concur — Stevens, P. J., Markewich, Nunez, Murphy and Tilzer, JJ.